MCCARTHY, J., concurs.
Judgment and order affirmed, with costs.

---

MARY C. BARNARD, Respondent, *v.* THE UNITED LIFE INSURANCE ASSOCIATION, Appellant.

APPEAL from judgment in favor of plaintiff.

*Harry Wilber*, for appellant.

*Lyman W. Redington*, for respondent.

MCCARTHY, J. We must follow the law as laid down by the appellate court, and, therefore, the judgment is affirmed, with costs. *Bernard* v. *United Life Ins. Assn.*, 12 Misc. Rep. 10.

BOTTY, J., concurs.
Judgment affirmed, with costs.